Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-328-204**

**Effective Date of Registration:**
November 02, 2022

**Registration Decision Date:**
November 18, 2022

---

## Title

**Title of Work:** A mermaid in the sunset

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** June 10, 2006
**Nation of 1st Publication:** Italy

## Author

- **Author:** Marco Orfeo Franz Busoni
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Marco Orfeo Franz Busoni
Villaggio dei pini 21, Usmate (MB), 20865, Italy

## Rights and Permissions

**Name:** Marco Orfeo Franz Busoni
**Email:** marco.busoni@gmail.com
**Telephone:** (393)452-5510x05

## Certification

**Name:** David Denholm
**Date:** November 02, 2022
**Applicant's Tracking Number:** MB2022110201

Page 1 of 2

A mermaid in the sunset



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**

**VA 2-328-767**

**Effective Date of Registration:**
November 02, 2022
**Registration Decision Date:**
November 28, 2022

## Title
**Title of Work:** A trick of the light

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** January 02, 2012
**Nation of 1st Publication:** Italy

## Author
- **Author:** Marco Orfeo Franz Busoni
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Italy

## Copyright Claimant
**Copyright Claimant:** Marco Orfeo Franz Busoni
Villaggio dei pini 21, Usmate (MB), 20865, Italy

## Rights and Permissions
**Name:** Marco Orfeo Franz Busoni
**Email:** marco.busoni@gmail.com
**Telephone:** (393)452-5510x05

## Certification
**Name:** David Denholm
**Date:** November 02, 2022
**Applicant's Tracking Number:** MB2022103102

Page 1 of 2

# A trick of the light



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-327-215**

**Effective Date of Registration:**
November 02, 2022
**Registration Decision Date:**
November 14, 2022

---

### Title

**Title of Work:** The daughter of the sea

### Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** May 15, 2013
**Nation of 1st Publication:** Italy

### Author

- **Author:** Marco Orfeo Franz Busoni
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Italy

### Copyright Claimant

**Copyright Claimant:** Marco Orfeo Franz Busoni
Villaggio dei pini 21, Usmate (MB), 20865, Italy

### Rights and Permissions

**Name:** Marco Orfeo Franz Busoni
**Email:** marco.busoni@gmail.com
**Telephone:** (393)452-5510x05

### Certification

**Name:** David Denholm
**Date:** November 02, 2022
**Applicant's Tracking Number:** MB2022110203

Page 1 of 2

# The daughter of the sea



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-329-262**

**Effective Date of Registration:**
November 02, 2022
**Registration Decision Date:**
November 30, 2022

---

## Title
    **Title of Work:** Born from the waves

## Completion/Publication
    **Year of Completion:** 2020
    **Date of 1st Publication:** May 20, 2020
    **Nation of 1st Publication:** Italy

## Author
-     **Author:** Marco Orfeo Franz Busoni
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** Italy

## Copyright Claimant
    **Copyright Claimant:** Marco Orfeo Franz Busoni
    Villaggio dei pini 21, Usmate (MB), 20865, Italy

## Rights and Permissions
    **Name:** Marco Orfeo Franz Busoni
    **Email:** marco.busoni@gmail.com
    **Telephone:** (393)452-5510x05

## Certification
    **Name:** David Denholm
    **Date:** November 02, 2022
    **Applicant's Tracking Number:** MB2022110204

## Born from the waves



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-329-260**

**Effective Date of Registration:**
November 02, 2022
**Registration Decision Date:**
November 30, 2022

---

### Title
    **Title of Work:** Made of dreams and light

### Completion/Publication
    **Year of Completion:** 2013
    **Date of 1st Publication:** November 07, 2013
    **Nation of 1st Publication:** Italy

### Author
    • **Author:** Marco Orfeo Franz Busoni
    **Author Created:** 2-D artwork
    **Work made for hire:** No
    **Citizen of:** Italy

### Copyright Claimant
    **Copyright Claimant:** Marco Orfeo Franz Busoni
    Villaggio dei pini 21, Usmate (MB), 20865, Italy

### Rights and Permissions
    **Name:** Marco Orfeo Franz Busoni
    **Email:** marco.busoni@gmail.com
    **Telephone:** (393)452-5510x05

### Certification
    **Name:** David Denholm
    **Date:** November 02, 2022
    **Applicant's Tracking Number:** MB2022110205

Made of dreams and light (2013)

