# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MARCO ORFEO FRANZ BUSONI,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00879

**FILED UNDER SEAL**

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | 卞良锋 |
| 2 | 广东瑞器电商部 |
| 3 | WUKONGSurprise |
| 4 | zhengjinhuai666 |
| 5 | GaoZhiXiangGHFGKJHKGJH |
| 6 | huanlixinwangluokeji |
| 7 | wuhushijinghuquxingmodianzishangwugongzuoshi |
| 8 | hefeisongkuashangmao |
| 9 | GaoGuYouXianGongSi |
| 10 | Kevin De Store |
| 11 | Barnett Art |
| 12 | 1stPOSTER |
| 13 | kuodadianzishanghang |
| 14 | Reyor Shade |
| 15 | zhangmengdoshanyouxiangongsi |
| 16 | Amrico Nilzia |
| 17 | KunMingTiaoKanWangLuoKeJiYouXianGongSi |
| 18 | kunmingniexiexinxikejiyouxiangongsi |
| 19 | zhufenrenshangmao |
| 20 | TATUNGST |
| 21 | QiongZhongXiangZhiKeJiYouXianGongSi |
| 22 | HanabiiStore |
| 23 | yangyishuyi |

| | |
|---|---|
| 24 | 蔡俊松 |
| 25 | Huifang Art Decoration Store |
| 26 | Wen Wen department store decoration poster shop |
| 27 | xinxiangfeimengshangmaoyouxiangongsi |
| 28 | HeNanShengJinFaYiLiaoQiXieYouXianGongSi |
| 29 | youmaou |
| 30 | henanhuangangwangluokejiyouxiangongsi |
| 31 | feilong wadaxi |
| 32 | Lingchuan County Mingwei Advertising Service Depar |
| 33 | artsselling |
| 34 | GoldenAppleArt |
| 35 | crafts2018 |
| 36 | huangjinghuihuahaibao |
| 37 | BQBQOER |
| 38 | yishuicheng |
| 39 | chenleigongyipin |
| 40 | baofengxiannitujiajuyongpinxiaoshoudian |
| 41 | chenzhijiandegongyipinshangdioan |
| 42 | oudiwei |
| 43 | Life decoration |
| 44 | Dulles decoration |
| 45 | xiao mimi |
| 46 | new auto parts |
| 47 | xinuo-story |
| 48 | thi_3183 |