IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARCO ORFEO FRANZ BUSONI,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00879

Judge Jeffrey I Cummings

Magistrate Judge M. David Weisman

**FILED UNDER SEAL**

**[AMENDED] SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | oudiwei |
| 2 | Life decoration |
| 3 | Dulles decoration |
| 4 | xiao mimi |
| 5 | new auto parts |
| 6 | xinuo-story |
| 7 | thi_3183 |

1