**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARCO ORFEO FRANZ BUSONI,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00879

Judge Jeffrey I. Cummings

Magistrate Judge M. David Weisman

### DECLARATION OF SERVICE

I, Keith A. Vogt, declare as follows:

1.    I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, MARCO ORFEO FRANZ BUSONI, ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.    This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Marco Orfeo Franz Busoni and any email addresses provided for Defendants by third parties that includes a link to said website.

3.    I hereby certify that on February 14, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the following marketplaces: eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), and Temu, LLC ("Temu"), as

identified in Exhibit 2 to the Declaration of Marco Orfeo Franz Busoni as being related to the defendants.

4. I hereby certify that on or before February 14, 2024, I electronically published the Complaint, TRO, and Summons on a website. I hereby certify that I will electronically publish the Preliminary Injunction Motion and Memorandum in Support of Preliminary Injunction, on said website.

5. I hereby certify that on February 14, 2024, I sent an e-mail containing a copy of the Complaint, TRO, Summons, Preliminary Injunction Motion, and Memorandum in Support of Preliminary Injunction to the e-mail addresses associated with accounts at the following marketplaces: eBay, PayPal, and Temu, as identified and provided by third parties for Defendants that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2024.

>*/s/ Keith A. Vogt*
>Keith A. Vogt
>*Counsel for Plaintiff*